IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY SIMONDS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 4:24CV3159<br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Stipulation for Dismissal (Filing No. 31). Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, without an award of costs, disbursements, or attorney's fees to any party.

Dated this 28th day of October, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge